IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.     Case No.   11-00278-01-CR-W-DW

ABRAHAM CERON-LOPEZ

AUSA: Gregg Coonrod
Defense Atty.: Travis Poindexter

| JUDGE | John T. Maughmer<br>United States Magistrate Judge | DATE AND TIME | **November 30, 2011**<br>3:15pm - 3:30pm |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | Carlos Castillo | PRETRIAL/PROB: | None |

# CLERK'S MINUTES

## FIRST APPEARANCE INDICTMENT AND ARRAIGNMENT

( x )   Custody assumed     (  )  Voluntarily Surrendered     ( x )  Complaint No. 11-0131JTM-01

       Date:   November 30, 2011

       Place:  Kansas City, Missouri

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

(  )   Bond Set:
(  )   Defendant advised the conditions of release
(  )   Bond & conditions of release continue as set out on
(  )   Defendant remanded to the custody of the U.S. Marshal until conditions of bond are met
( x )  Defendant remanded to the custody of the U.S. Marshal pursuant to a Detention Order entered on October 26, 2011 (Doc. 8).

## COUNSEL

( x ) On October 20, 2011, defendant was sworn and examined as to his/her financial ability to employ counsel and information recorded on Affidavit of Financial Status. Assistant Federal Public Defender, Travis Poindexter was appointed

(   ) Defendant retained

## ARRAIGNMENT

( x ) Defendant charged in Count(s) One through Three of a Three Count indictment
( x ) Defendant waived reading of the indictment. The indictment had been read to the defendant prior to the hearing in Spanish.
(   ) The count(s) of the indictment applicable to the defendant was read to the defendant.
( x ) Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x ) Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

## ORDERS

( x ) Defendant ordered committed back to custody of U.S. Marshal.
(   ) Defendant ordered released on a continuing bail bond.
( x ) Case ordered set for trial on the joint criminal jury trial docket which commences January 9, 2012.

( x ) Scheduling conference set for **Tuesday, December 13, 2011, at 2:00 p.m. before U.S. Magistrate Judge John T. Maughmer.**