# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Crim. No. 11-00278-01-CR-W-DW |
| v. | ) | Complaint No. 11-0131-JTM |
| | ) | |
| **ABRAHAM CERON-LOPEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS CRIMINAL COMPLAINT

Since an Indictment was returned on November 16, 2011, in this case, the United States requests that the Court dismiss the Criminal Complaint filed on October 20, 2011, charging the defendant with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 1546(a).

    */s/ Gregg R. Coonrod*
    Gregg R. Coonrod
    Assistant United States Attorney

## O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown above, is sustained.

    */s/ John T. Maughmer*
    HONORABLE JOHN T. MAUGHMER
    United States Magistrate Judge
    Western District of Missouri

Dated:   December 28, 2011
       Kansas City, Missouri